STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

RICH GAGE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 13th day of May, 2008, I served the Plaintiffs' **SUMMONS, COMPLAINT AND JUDGES' RULES** to the following parties by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:  Kraus Drapery Installation, Inc. a/k/a KDI, Inc.
     20 Washington Avenue
     Whippany, NJ 07012

RICH GAGE

Sworn to before me this
14th day of May, 2008

NOTARY PUBLIC

NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011