UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS CHARITY FUND, UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS OF
AMERICA FUND and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT CORPORATION, by
MICHAEL J. FORDE and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE AS EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK CITY
AND VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

08 CV 4460 (PAC)
ECF CASE

**NOTICE OF MOTION**

                             Plaintiffs,
            -against-

KRAUS DRAPERY INSTALLATION, INC. A/K/A KDI, INC.,

                             Defendant.
--------------------------------------------------------------------------X
C O U N S E L :

       PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on June 12, 2008, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Paul A. Crotty, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 20-C, New York, New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

Dated:  New York, New York
          June 12, 2008

                                                   Yours, etc.,

                                                   O'DWYER & BERNSTIEN, LLP

                          By: _____
                                 ANDREW GRABOIS, ESQ.
                                 Attorney for Plaintiffs
                                 52 Duane Street, 5th Floor
                                 New York, New York 10007
                                 (212) 571-7100

TO:   Kraus Drapery Installation, Inc. a/k/a KDI, Inc.
      20 Washington Avenue
      Whippany, NJ 07012