UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERIC FUND and THE NEW
YORK CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION, by MICHAEL J.
FORDE and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,



08 CV 4460 (PAC)
ECF CASE

**DEFAULT JUDGMENT**

         Plaintiffs,

  -against-

KRAUS DRAPERY INSTALLATION, INC.
A/K/A KDI, INC.,

         Defendant.
------------------------------------------------------------X

    This action having been commenced on May 13, 2008 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Rodgers Construction & Home Improvement on May 16, 2008 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307(b) of New York Business Corporation Law, and a proof of service having been filed on May 23, 2008, and by registered mail on May 13, 2008, and proof of service having been filed on May 23, 2008, and the defendant not having answered

the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on June 12, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant, pursuant to the arbitration award, in the principal amount of $15,912.07 plus interest of ten percent (10%) per annum from the date of said award, April 3, 2008, through the date of entry of this judgment, totaling $383.63, and in the liquidated amount of $2,350.00 representing costs and fees arising out of the March 25, 2008 arbitration in addition to attorneys' fees and costs in the amount of $1,486.50 for a total of $20,132.20, and that Kraus Drapery Installation, Inc. a/k/a KDI, Inc. and its officers are ordered to produce any and all books and records relating to Kraus Drapery Installation, Inc. a/k/a KDI, Inc. for the period of June 1, 2005 through to March 25, 2008.

Dated: JUN 3 0 2008
New York, New York

_____
Honorable Paul A. Crotty
United States District Judge

This document was entered on the docket on _____.